# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CLAY WESTBROOK,<br><br>    Plaintiff,<br><br>  v.<br><br>CUSHMAN & WAKEFIELD U.S. INC.,<br><br>    Defendant. | Civil Action No.<br>1:21-cv-03183-SDG-WEJ |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Defendant Fed R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Clay Westbrook and Defendant Cushman & Wakefield U.S. Inc. stipulate to the dismissal of this case with prejudice. Each party shall bear its own costs and attorney's fees.

Respectfully and jointly submitted,

| | |
|---|---|
| */s/ Artur Davis* | */s/ Alex S. Drummond* |
| Artur Davis | Alex S. Drummond |
| admitted pro hac vice | Georgia Bar No. 231116 |
| adavis@hkm.com | adrummond@seyfarth.com |
| Jermaine "Jay" Walker | Cary R. Burke |
| Georgia Bar No. 142044 | Georgia Bar No. 757627 |
| jwalker@hkm.com | caburke@seyfarth.com |
| | |
| HKM Employment Attorneys LLP | SEYFARTH SHAW LLP |
| 2024 3rd Ave. North Suite 307 | 1075 Peachtree Street, N.E., Suite 2500 |
| Birmingham, AL  35203 | Atlanta, GA  30309-3958 |
| | Telephone:  (404) 885-1500 |
| **COUNSEL FOR PLAINTIFF** | Facsimile:  (404) 892-7056 |
| | |
| | **COUNSEL FOR DEFENDANT** |

83273710v.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| CLAY WESTBROOK,<br><br>      Plaintiff,<br><br>  v.<br><br>CUSHMAN & WAKEFIELD U.S. INC.,<br><br>      Defendant. | Civil Action No.<br>1:21-cv-03183-SDG-WEJ |

## **CERTIFICATE OF COMPLIANCE**

Defendant, through counsel, and in accordance with LR 5.1, hereby certifies that the foregoing document was prepared and filed in 14-point font, Times New Roman.

                                              */s/Alex S. Drummond*
                                              Alex S. Drummond

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLAY WESTBROOK,<br><br>      Plaintiff,<br><br>  v.<br><br>CUSHMAN & WAKEFIELD U.S. INC.,<br><br>      Defendant. | Civil Action No.<br>1:21-cv-03183-SDG-WEJ |

## CERTIFICATE OF SERVICE

I certify that on May 10, 2022, I electronically filed the Parties' JOINT STIPULATION OF DISMISSAL WITH PREJUDICE using the CM/ECF System, which sent notification of such filing to all parties registered to receive notice via that service, including Plaintiff's lead counsel of record:

Artur Davis
HKM Employment Attorneys LLP
2024 3d Ave. N Suite 307
Birmingham, Alabama 35203

           /s/ *Alex S. Drummond*
           Alex S. Drummond